OPINION — AG — IT IS THE OPINION OF THE ATTORNEY GENERAL THAT NEITHER 2 O.S. 1961 98 [2-98] OR 2 O.S. 1961 104 [2-104](E), AUTHORIZES A TAX LEVY IN EXCESS OF 15 MILL LIMITATIONS CONTAINED IN ARTICLE X, SECTION 9 OF THE OKLAHOMA CONSTITUTION. CITE: 2 O.S. 1961 41 [2-41], 2 O.S. 1961 35 [2-35], 62 O.S. 1961 331 [62-331], 2 O.S. 1961 98 [2-98] (JAMES FUSON)